IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMUND ROBACZEWSKI, | : | Case No. 4:14-CV-01686 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

August 18, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Edmund Robaczewski's application for benefits is **VACATED** and this case is **REMANDED** to the Commissioner of Social Security to develop the record fully and appropriately evaluate the evidence.

2. The Clerk of the Court shall enter judgment in favor of the Edmund Robaczewski and against the Commissioner of Social Security.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge